UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. 8:25-cv-02334-KES                                                              Date: November 5, 2025

Titles: Asher Bronstin v. Southern California Edison Company d/b/a SoCal Edison

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **Order to Show Cause Why Application of Non-Resident Attorney to Appear Pro Hac Vice (Dkt. 7) Should Not Be Denied Under Local Rule 83-2.1.3.2(c)**

     This Court orders Asher Bronstin ("Plaintiff") to show cause why the application of non-resident attorney Andrew R. Perrong ("Mr. Perrong") to appear pro hac vice in Case No. 8:25-cv-02334-KES should not be denied under Local Rule 83-2.1.3.2(c), which states the following: "Unless authorized by the Constitution of the United States or Acts of Congress, an applicant is not eligible for permission to practice pro hac vice if the applicant ... is regularly engaged in business, professional, or other similar activities in California."  L.R. 83-2.1.3.2(c).

     In 2018, Judge Percy Anderson of the Central District of California ("District") denied a pro hac vice application under Local Rule 83-2.1.3.2(c) when the attorney had already appeared pro hac vice five times in the District within the prior three years.  Kerstein v. Antelope Valley Hosp., No. 2:18-cv-08960-PA-JPR, 2018 U.S. Dist. LEXIS 231347, at *1, *3 (C.D. Cal. Dec. 13, 2018).  Accordingly, five or more pro hac vice appearances within a three-year period can constitute "regular[] engage[ment] in business, professional, or other similar activities in California."  Id. at *3 (quoting L.R. 83-2.1.3.2(c)).

     On November 4, 2025, Mr. Perrong applied for permission to appear pro hac vice in this District.  (Dkt. 7.)  By his own admission, he has been granted pro hac vice status in five cases in the District from 2024 to the present.  (Id. at 2.)  However, Local Rule 83-2.1.3.2(c) considers

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. 8:25-cv-02334-KES                                                  Date: November 5, 2025
                                                                                          Page 2

appearances not just in this District but within the state of California.  This Court's research indicates that, within the last three years, Mr. Perrong has appeared pro hac vice in at least the following nine cases:

- Central District of California:
    - 8:24-cv-00067
    - 2:24-cv-08816
    - 2:25-cv-03797
    - 2:25-cv-01970
    - 2:24-cv-08132
    - 2:24-cv-04264
- Eastern District of California:
    - 2:25-cv-00888
- Northern District of California:
    - 3:24-cv-07877
    - 4:23-cv-05034

   Plaintiff is therefore ORDERED, on or before **November 19, 2025**, to show cause why Mr. Perrong is not "regularly engaged in business, professional, or other similar activities in California" and should not have his application to appear pro hac vice denied under Local Rule 83-2.1.3.2(c).  Any response to this order shall identify Mr. Perrong's appearances in California state court in the last three years, as well as any other California federal court appearances in the last three years that this Court has not found.

                                                                              Initials of Deputy Clerk jd