1  **JEFFREY S. RENZI, State Bar No. 221963**
2  JENNIFER B. HAYDEN, State Bar No. 281590
   SOUTHERN CALIFORNIA EDISON COMPANY
3  2244 Walnut Grove Avenue, 3rd Floor
   Rosemead, CA  91770
4  Telephone: (626) 302-7690
5  Facsimile: (626) 302-6873
   Email: Jeff.Renzi@sce.com
6  eService: commlit@sce.com
7
8  Attorneys for Defendant,
   SOUTHERN CALIFORNIA EDISON COMPANY
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON<br><br>Defendant. | CASE NO.: 8:25-cv-02334-KES<br><br>**SOUTHERN CALIFORNIA EDISON COMPANY'S STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 23, 2025<br>Current response date: November 13, 2025<br>New response date: December 15, 2025<br><br>Action filed:  October 16, 2025 |

1

**SOUTHERN CALIFORNIA EDISON COMPANY'S STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Pursuant to Local Civil Rule 8-3, Plaintiff Asher Bronstin and Defendant Southern California Edison Company ("SCE"), through their respective attorneys of record, hereby stipulate that SCE shall have an additional 30 days, up to and including December 15, 2025, to answer or otherwise respond to Plaintiff's Complaint.

DATED: November 19, 2025            JEFFREY S. RENZI
                                    JENNIFER B. HAYDEN

                                    By: _____
                                    Jeffrey S. Renzi
                                    Attorneys for Defendant,
                                    SOUTHERN CALIFORNIA EDISON
                                    COMPANY

DATED: November 19, 2025            OLIVER LAW CENTER, INC.
                                    DANA J. OLIVER

                                    By: _____
                                    Dana J. Oliver
                                    Attorneys for Plaintiff,
                                    ASHER BRONSTIN

**Signature Certification**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

                                    By: _____
                                    Jeffrey S. Renzi

**SOUTHERN CALIFORNIA EDISON COMPANY'S STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**