UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-02334-KES                                                    Date: December 12, 2025

Title:  Asher Bronstin v. Southern California Edison Company

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          Order re Further Proceedings


On October 16, 2025, Plaintiff Asher Bronstin ("Plaintiff"), represented by counsel, filed the instant Telephone Consumer Protection Act ("TCPA") action against Defendant Southern California Edison Company ("Defendant").  (Dkt. 1.)

On October 18, 2025, the Clerk's Office issued a "Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent" form (the "Declination Form").  (Dkt. 5.)  The Declination Form advises that the deadline to decline consent is "no later than fourteen (14) calendar days from the date of issuance by the Clerk's Office" for Plaintiff and "no later than fourteen (14) calendar days … from the date of service of this Form by the initiating party" for Defendant.  (Id.)  Thus, Plaintiff's deadline to decline consent was November 3, 2025.  On December 10, 2025, the Court received a Declination Form from Plaintiff dated December 9, 2025.  This Declination Form was not timely emailed and is ineffective to decline consent.  If Plaintiff wishes to file a motion to be excused for missing the declination deadline, his motion will be randomly assigned to a District Judge for a decision.

On November 20, 2025, the Court ordered Plaintiff to file a declaration establishing when Plaintiff served the Declination Form on Defendant, as follows:

> No later than 11/26/2025, Plaintiff shall file a declaration stating when Plaintiff served the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form (Dkt. 5) on Defendant. The Court needs this information to determine when Defendant's deadline to decline consent expires.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-02334-KES  Date: December 12, 2025
Page 2

(Dkt. 11.)

      Plaintiff did not file a responsive declaration by the November 26, 2025 deadline. The parties filed a stipulation to extend Defendant's time to answer which says that Plaintiff served the Complaint on October 23, 2025 (Dkt. 10), but it does not say when (if at all) Plaintiff served the Declination Form on Defendant.

      Plaintiff shall respond to the Court's November 20, 2025 order no later than **December 18, 2025**. Plaintiff's response shall include (1) the date when Plaintiff served the Declination Form on Defendant; (2) why Plaintiff failed to meet the court-ordered November 26, 2025 deadline; and (3) why Plaintiff did not file a proof of service with 14 days of October 23, 2025, as required by Local Rule 4-6. Failure to timely respond to this order may result in sanctions under Local Rule 4-6, including dismissal.

Initials of Deputy Clerk JD