Alex Terepka (SBN 288243)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Southern
California Edison Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS (L.R. 8-3)**<br><br>Honorable Karen E. Scott<br><br>Complaint served: Oct. 23, 2025<br>Current response date: Dec. 15, 2025<br>New response date: Jan. 14, 2026 |

1
CASE NO. 8:25-cv-02334-KES
DEFENDANT'S UNOPPOSED MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT

1 | Under Local Rule 8-3 of the Central District of California, Defendant Southern California Edison, hereby moves the Court for an order granting Defendant an additional extension of time to answer or otherwise respond to the Complaint. In support thereof, the parties state as follows:

1. Per stipulation, Defendant's current deadline to respond to the Complaint is December 15, 2025. Dkt. No. 10. Extensions of time more than 30 days beyond the initial deadline require judge approval. L.R. 8-3.

2. Defendant and its counsel have diligently investigated the claims asserted in the Complaint and have conferred with counsel for Plaintiff in good-faith efforts to resolve Plaintiff's claims.

3. Defendant retained the undersigned counsel this week. Counsel would benefit from additional time to get up to speed and prepare Defendant's response to the complaint, in order to best represent Defendant's interests.

4. Counsel for Defendant has numerous other professional obligations, such as mediations, major briefing deadlines, and in-person appearances requiring out-of-state travel.

5. The offices of Defendant and counsel also have several persons who are out of office during the winter holidays that affects Defendant's capacity to effectively prepare its response to the Complaint.

6. This putative class action requires more time for factual investigation than other matters.

7. Defendant, therefore, seeks a 30-day extension of time for Defendant to respond to the Complaint.

8. Apart from the initial stipulation, this is the parties' first request to extend the deadline for Defendant to respond to the Complaint.

9. The Court has not entered a scheduling order, so granting this Unopposed Motion does not extend any deadlines previously set by this Court.

10. Plaintiff's counsel represented that Plaintiff does not oppose this motion or the requested relief, so no party is prejudiced.

11. Defendant avers that the above constitutes good cause to extend Defendant's deadline by an additional 30 days to a date that clears the upcoming winter holidays.

12. Defendant thus respectfully requests that Defendant's deadline to answer or otherwise respond to the Complaint be extended by 30 days, through and including January 14, 2026.

DATED: December 12, 2025

By: */s/ Alex Terepka*
Alex Terepka (SBN 288243)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Southern California Edison Company*

## CERTIFICATE OF CONFERRAL

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff before filing this motion. Counsel for Plaintiff represented that Plaintiff does not oppose this motion or the requested relief.

                                                                         */s/ Alex Terepka*
                                                                         Alex Terepka

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                          */s/ Alex Terepka*
                                          Alex Terepka