Alex Terepka (SBN 288243)
alex@wtlaw.com
WATSTEIN TEREPKA LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Southern California Edison Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS**<br><br>Honorable Karen E. Scott |

# [PROPOSED] ORDER

Having considered Defendant Southern California Edison's Unopposed Motion to Extend Time to Respond to Initial Complaint by 30 Days, the Court finds that the Motion establishes good cause for the requested extension.

It is **HEREBY ORDERED** that the responsive pleading deadline for Defendant in this matter be extended until January 14, 2026.

DATED: _____   By: _____
                              Honorable Karen E. Scott
                              United States Magistrate Judge