Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON<br><br>Defendant. | Case №.<br>8:25-cv-02334-KES |

## RESPONSE TO ORDER TO SHOW CAUSE

Counsel for the Plaintiff file this response to the Court's Order to Show Cause of December 12, 2025, directing Plaintiff to show cause (1) the date when Plaintiff served the Declination Form on Defendant; (2) why Plaintiff failed to meet the court-ordered November 26, 2025 deadline; and (3) why Plaintiff did not file a proof of service with 14 days of October 23, 2025, as required by Local Rule 4-6. In response to the Order, Plaintiff states as follows:

Plaintiff served the Declination Form on Defendant on December 15, 2025 via email on Defendant's new counsel, Ryan Watstein and Keith Emmanuel, of Watstein Terepka LLP.

Plaintiff apologies to the Court for his failure to meet the court-ordered November 26, 2025 deadline to respond to the Court's first Order to Show Cause. The primary reason for this was because of a miscommunication between Plaintiff's counsel, Andrew Perrong, who is seeking admission *pro hac vice*, and his local counsel, Dana Oliver, who handled the initial filing and provided copies to Mr. Perrong. Mr. Perrong then arranged to have the summons, complaint, and other initiating documents served on the Defendant, but erroneously omitted the magistrate judge declination form from the service package.

In addition, Mr. Perrong had the Court's original November 26 show cause deadline erroneously calendared as a deadline for his *pro hac vice* order to show cause. When Mr. Perrong reviewed his calendar that day, a day which he was with

family for the Thanksgiving holiday, he removed the entry, erroneously thinking it was the deadline for him to respond to the show cause order regarding his *pro hac vice* application, which was already filed. When Mr. Perrong conducted a periodic review of the docket in this action the week of December 8, he noticed that the show cause order was not responded to and the magistrate judge declination was never filed. Mr. Perrong believed that filing an out-of-time declination form with the email address on the form would cure the deficiency.

In addition, Plaintiff did not file the proof of service of the summons and complaint by November 6, 2025 in accordance with Local Rule 4-6 because, as the person arranging service to be made, Mr. Perrong received the affidavit of service from the process server and intended to file it himself once his application *pro hac vice* was granted, instead of having Mr. Oliver file it. This error in timely filing the proof of service was further compounded by a delay with Mr. Perrong obtaining a Certificate of Good Standing from the Supreme Court of Pennsylvania in the mail, which delayed filing Mr. Perrong's *pro hac vice* motion until November 5, 2025. And, on November 4, 2025, Mr. Oliver forwarded Mr. Perrong a copy of Defendant's in house counsel its extension request, which Mr. Perrong believed mooted the need to file the proof of service of the summons and complaint.

Plaintiff, and Mr. Perrong in particular, apologies to the Court for these failures to timely serve and file the initiating documents in this matter, which were

primarily the result of communications errors between Plaintiff's chosen counsel and local counsel, and compounded by the relative complexity of the initial matters at issue here and the intervening holiday periods. Mr. Perrong takes responsibility for these communications failures and will take whatever action the Court determines is appropriate, in coordination with Mr. Oliver, as appropriate, to rectify these oversights.

    Plaintiff recognizes that the need to timely file the proof of service and declination forms and Plaintiff's failure to do so have hindered this Court's ability to determine whether this matter should be assigned to a Magistrate Judge or whether the time to do so has passed, as well as the appropriateness of any applicable extension. Plaintiff apologizes for this oversight, will ensure timely and prompt compliance with all applicable deadlines in this matter going forward, and prays that the Court will discharge the order to show cause.

Date: December 15, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Submitted by :

/s/ Dana J. Oliver
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Bernadino, State of California. My business address is 8780 19th Street, #559 Rancho Cucamonga, CA 91701.

On December 16, 2025, I served true copies of the following document(s) described as

**Response to Order to Show Cause**

on the interested parties in this action as follows:

☒ **BY ECF:** I caused a copy of the document(s) to be filed using ECF, which will send a Notice of Electronic Filing to all attorneys who have appeared in the case in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2025.

/s/ Dana Oliver
Dana Oliver