# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:25-cv-02334 - KES<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Refugio Mora, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON in Los Angeles County, CA on October 23, 2025 at 12:27 pm at 2244 Walnut Grove Ave, Rosemead, CA 91770 by leaving the following documents with Adam Hernandez who as Receptionist is authorized by appointment or by law to receive service of process for SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Hispanic or Latino Male, est. age 35-44, glasses: Y, Brown hair, 240 lbs to 260 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.0544389938,-118.0807623296
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

   CA    on    10/24/2025   .

/s/ *Refugio Mora*

Refugio Mora - +1 (213) 309-0400
Registration No.: 2019251567
Registration County: Los Angeles County

