1  Alex Terepka (SBN 288243)
   alex@wtlaw.com
2  **WATSTEIN TEREPKA LLP**
3  515 South Flower Street, 19th Floor
   Los Angeles, California 90071
4  Telephone: (213) 839-3317

5  *Attorney for Defendant Southern*
6  *California Edison Company*

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**DEFENDANT SOUTHERN CALIFORNIA EDISON COMPANY'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Under Local Rule 7.1-1, the undersigned, counsel of record for Defendant Southern California Edison Company ("SCE"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Asher Bronstin | Plaintiff |
| Southern California Edison Company | Defendant |

---

1
Case No. 8:25-cv-02334-KES
Defendant's Notice of Interested Parties and Corporate Disclosure Statement

| | | |
|---|---|---|
| 1 | Firm | |
| 2 | Oliver Law Center, Inc. | Counsel for Plaintiff |
| 3 | Watstein Terepka LLP | Counsel for Defendant |

Under Federal Rule of Civil Procedure 7.1, SCE states that it is a wholly owned subsidiary of Edison International, its parent corporation.

SCE reserves the right to supplement this certification and notice should it become aware of any additional party (or parties) with a pecuniary interest in the outcome of this case.

DATED: January 14, 2026       By: */s/ Alex Terepka*
　　　　　　　　　　　　　　　　Alex Terepka (SBN 288243)
　　　　　　　　　　　　　　　　alex@wtlaw.com
　　　　　　　　　　　　　　　　**WATSTEIN TEREPKA LLP**
　　　　　　　　　　　　　　　　515 South Flower Street, 19th Floor
　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　Telephone: (213) 839-3317

　　　　　　　　　　　　　　　　*Attorney for Defendant Southern California Edison Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                              */s/ Alex Terepka*
                                              Alex Terepka