Alex Terepka (SBN 288243)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: 213-836-3317

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN,<br><br>　　　　　　　　　　Plaintiff(s)<br>　v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>8:25-CV-02334-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Emanuel, Eleanor, Keith                                  of   Watstein Terepka LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        75 14th Street NE, Suite 2600
(404) 905-2416                                                     Atlanta, GA 30309
*Telephone Number*    *Fax Number*
kemanuel@wtlaw.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Southern California Edison Company

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Terepka, Alex                                            of   Watstein Terepka LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        515 South Flower Street, 19th Floor
288243                       213-839-3317                         Los Angeles, California 90071
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
alex@wtlaw.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated:** Click here to enter a date.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**