# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN,<br><br>　　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>8:25-cv-02334-FWS-ADS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [24] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Emanuel, Eleanor, Keith
*Applicant's Name (Last Name, First Name & Middle Initial)*
(404) 905-2416
*Telephone Number　　　　Fax Number*
kemanuel@wtlaw.com
*E-Mail Address*

of　Watstein Terepka LLP
75 14th Street NE, Suite 2600
Atlanta, GA 30309
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Southern California Edison Company

*Name(s) of Party(ies) Represent*　☐ Plaintiff(s)　☒ Defendant(s)　☐ Other: _____

and designating as Local Counsel

Terepka, Alex
*Designee's Name (Last Name, First Name & Middle Initial)*
288243　　　　　213-839-3317
*Designee's Cal. Bar No.　Telephone Number　Fax Number*
alex@wtlaw.com
*E-Mail Address*

of　Watstein Terepka LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☑ **GRANTED**
☐ **DENIED:**
　　☐ for failure to pay the required fee.
　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　☐ for failure to complete Application: _____
　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded　☐ not be refunded.

Dated: February 19, 2026　　　　　　　　　　　　　　　　　　　　/s/ *[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge