UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02334-FWS-ADS | Date | February 27, 2026 |
|---|---|---|---|
| Title | Asher Bronstin v. Southern California Edison Company | | |

PRESENT: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Courtroom Deputy

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE AND ORDERING COUNSEL TO REVIEW LOCAL PROCEDURES**

The Court's Order Setting Rule 26(f) Scheduling Conference attached a blank Schedule of Pretrial and Trial Dates Worksheet. The Joint Rule 26(f) Report filed by the parties did not include a completed Schedule of Pretrial and Trial Dates Worksheet.

Accordingly, no later than **March 3, 2026,** counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Schedule of Pretrial and Trial Dates Worksheet. Failure to do so may result in the imposition of monetary sanctions pursuant to the Court's inherent power and/or other sanctions authorized by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 16(f), 37(b)(2)(A)(i)-(vii) & 37(b)(2)(C).

In light of the parties' failure to file an adequate Joint Rule 26(f) Report, the Court ORDERS each counsel of record to review the following: The Local Civil Rules of the Central District of California, Judge Slaughter's Procedures web page, accessible at: https://www.cacd.uscourts.gov/honorable-fred-w-slaughter, the Court's Initial Standing Order, and the Court's Order Setting Scheduling Conference. The parties' Amended Joint Rule 26(f) Report shall set forth a statement certifying that all counsel of record have complied with this requirement.

The Court CONTINUES the Scheduling Conference to **March 26, 2026, at 9:00 a.m.**

Initial of Deputy Clerk   rrp