# JUDGE FRED W. SLAUGHTER
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. 8:25-cv-02334-FWS-ADS | Case Name: | Bronstin v. Southern California Edison Company | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**[Tuesday at 8:00 a.m., within 18 months after Complaint filed]**<br>Estimated Duration: __5+__ Days | | 5/12/2027 | 1/11/2028 | [ ] Jury Trial<br>[ ] Bench Trial<br>_____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine*<br>**[Thursday at 8:30 a.m., at least 19 days before trial]** | | 4/22/2027 | 12/16/2027 | |

| **Event** [1]<br>*Note*: Hearings shall be on Thursdays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties [Thursday] | | 7/31/2026 | 7/31/2026 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 26 | 11/20/2026 | Individual discovery phase 1<br><br>6/25/2026 | |
| Expert Disclosure (Initial) | 24 | 12/20/2026 | 12/20/2026 | |
| Expert Disclosure (Rebuttal) | 22 | 1/8/2027 | 1/29/2027 | |
| Expert Discovery Cut-Off | 20[2] | 2/5/2027 | Class Discovery Opens<br><br>10/20/2026 | |
| Last Date to **Hear** Motions [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 2/12/2027 | Ind. Dispositive Motions Hearings<br><br>8/20/2026<br><br>Class Certification Motion Filed<br><br>2/17/2027<br><br>Opposition to Class Certification<br><br>3/24/2027<br><br>Reply ISO Class Certification<br><br>4/7/2027<br><br>Class Certification Hearing<br><br>4/29/2027 | |

9

| Case No. 8:25-cv-02334-FWS-ADS | Case Name: | Bronstin v. Southern California Edison Company | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date** mm/dd/yyyy | **Def(s)' Date** mm/dd/yyyy | **Court Order** mm/dd/yyyy |
| | | | Hear All Motions 9/23/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select one*: [x] 1. Magistrate Judge<br>         [ ] 2. Court's Mediation Panel<br>         [x] 3. Private Mediation | 10 | 2/26/2027 | 10/7/27 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions *in Limine* with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 4/2/2026 | 11/11/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | 4/9/2026 | 12/2/2027 | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.
[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.

9