Alex Terepka (SBN 288243)
alex@wtlaw.com
E. Keith Emanuel
kemanuel@wtlaw.com (admitted *pro hac vice*)
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorneys for Defendant Southern California Edison Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**[PROPOSED] ORDER JOINT REQUEST FOR REMOTE APPEARANCE AT RULE 26(f) SCHEDULING CONFERENCE**<br><br>Date: March 26, 2026<br>Time: 9:00 a.m.<br>Department: Courtroom 10D<br><br>Honorable Fred W. Slaughter |

THIS CAUSE having come before the Court upon Motion, and the Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the parties may appear telephonically for the Rule 26(f) Scheduling Conference on March 26, 2026 at 9:00 A.M.

Dated this _____ day of _____, 2026.

_____
Fred W. Slaughter
United States District Judge