Alex Terepka (SBN 288243)
alex@wtlaw.com
E. Keith Emanuel
kemanuel@wtlaw.com (*pro hac vice* pending)
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Southern California Edison Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**DECLARATION OF ANDREW ROMAN PERRONG IN SUPPORT OF JOINT REQUEST FOR REMOTE APPEARANCE AT RULE 26(f) SCHEDULING CONFERENCE**<br><br>Date: March 26, 2026<br>Time: 9:00 a.m.<br>Department: Courtroom 10D<br><br>Honorable Fred W. Slaughter |

CASE NO. 2:25-cv-41998:25-CV-02334-KES
DEC. IN SUPPORT OF JOINT REQUEST FOR REMOTE APPEARANCE

I, Andrew Roman Perrong, declare under penalty of perjury:

1. My name is Andrew Roman Perrong, I am over 18 years old, and counsel for the Plaintiff in this Action.

2. I am an attorney licensed to practice law in various state courts, including Pennsylvania.

3. Currently, I plan to be in the Philadelphia, PA area on March 26, 2026, and it would impose a significant burden upon me, in terms of travel time and expenses, to fly to California that day to conduct the Rule 26(f) conference.

4. I also have existing travel in the preceding days that require my personal attendance and also will be defending a long-scheduled virtual deposition on March 26, 2025.

5. I believe that the above circumstances constitute good cause for granting this motion and respectfully request that the Court grant the same.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS 10TH DAY OF MARCH 2026

IN THE UNITED STATES OF AMERICA.

_____
Andrew Roman Perrong