Alex Terepka (SBN 288243)
alex@wtlaw.com
E. Keith Emanuel
kemanuel@wtlaw.com (admitted *pro hac vice*)
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Southern California Edison Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-KES<br><br>**DECLARATION OF E. KEITH EMANUEL IN SUPPORT OF JOINT REQUEST FOR REMOTE APPEARANCE AT RULE 26(f) SCHEDULING CONFERENCE**<br><br>Date: March 26, 2026<br>Time: 9:00 a.m.<br>Department: Courtroom 10D<br><br>Honorable Fred W. Slaughter |

I, E. Keith Emanuel, declare and state under penalty of perjury as follows:

1. My name is E. Keith Emanuel. I am over the age of 18 and am competent to make this declaration.

2. I am an attorney at Watstein Terepka, LLP, and I am counsel of record for Defendant Southern California Edison Company ("Defendant") in the above-captioned action. I reviewed the necessary pleadings in this action and have personal

1  knowledge of the facts set forth in this Declaration. I could and would testify
2  competently thereto if called upon to do so.
3      3.   On January 15, 2026, this Court entered an Order setting a Rule 26(f)
4  Scheduling Conference for March 12, 2026, at 9:00 A.M. to be conducted in person.
5  ECF No. 23. On February 27, 2026, the Court reset that Scheduling Conference for
6  March 26, 2026, at 9:00 AM. ECF No. 27.
7      4.   I plan to appear at the March 26 Scheduling Conference on behalf of
8  Defendant. I live in Atlanta, Georgia, and practice at Watstein Terepka's Atlanta
9  office. I have obligations in Atlanta on March 26, 2026, and March 27, 2026, that
10 require my personal appearance in Atlanta. Requiring in-person attendance would
11 impose a significant burden in terms of travel time and expenses on Defendant and
12 would interfere with my other obligations in Atlanta.
13     I declare under penalty of perjury that the foregoing is true and correct.
14     Executed on March 11, 2026, in Atlanta, Georgia.

                                                    E. Keith Emanuel