---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 25-02334-FWS (ADSx)                    Date: March 17, 2026
Title: Asher Bronstin v. Southern California Edison Company

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:    SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for March 26, 2026, and sets the following schedule:

The Defendant's Request for Remote Appearance [29] is denied as moot.

| | |
|---|---|
| Check one: [ X ] Jury Trial  or  [  ] Bench Trial **[Tuesday at 8:00 a.m.]** | **5/11/2027** |
| Parties' *Estimated* Trial Length | **5 days** |
| Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m.]** | **4/22/2027** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **7/30/2026** |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | **11/20/2026** |
| Expert Disclosure (Initial) | **12/20/2026** |
| Expert Disclosure (Rebuttal) | **1/8/2027** |
| Expert Discovery Cut-Off | **2/5/2027** |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | **2/11/2027** |
| Deadline to Complete Settlement Conference [L.R. 16-15]   [ X ] 1. Magistrate Judge   [  ] 2. Court's Mediation Panel | **2/26/2027** |

---

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 25-02334-FWS (ADSx)                    Date: March 17, 2026

Title: Asher Bronstin v. Southern California Edison Company

| | |
|---|---|
| [ ] 3. Private Mediation | |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact & Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact & Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only | **4/2/2026** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **4/9/2026** |

**cc: ADR**                                    Initials of Deputy Clerk:  rrp

_____