Dana Oliver (SBN
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262

*Attorney for Plaintiff*
*Asher Bronstin*

Alex Terepka (SBN 288243)
alex@wtlaw.com
Nathaniel Haas (SBN 324305)
nhaas@wtlaw.com
**WATSTEIN TEREPKA, LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 526-1880

E. Keith Emanuel (admitted *pro hac vice*)
kemanuel@wtlaw.com
**WATSTEIN TEREPKA, LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 418-8307

*Attorneys for Defendant Southern
California Edison Company*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON,<br><br>Defendant. | CASE NO.: 8:25-CV-02334-FWS-ADS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Fred W. Slaughter |

1

CASE NO. 8:25-cvb-02334-FWS-ADS
STIPULATED DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), and subject to approval of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, and request that the Court enter an Order dismissing this action with prejudice.  This Order will constitute the Court's final judgment.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 18, 2026                    */s/ Andre Perrong*
                                        Andrew R. Perrong
                                        PERRONG LAW LLC

                                        Dana Oliver
                                        OLIVER LAW CENTER INC.

                                        * With express permission by
                                        Andrew Perrong

                                        *Attorney for Plaintiff*


Dated: June 18, 2026                    */s Nathaniel Haas*
                                        Nathaniel Haas
                                        WATSTEIN TEREPKA, LLP

                                        *Attorney for Defendant*

2

## <u>ATTESTATION OF COMPLIANCE</u>

Pursuant to L.R. 5-4.3.4, the filer, Nathaniel Haas, attests that all other signatories listed, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing.

/s/ Nathaniel Haas
Nathaniel Haas
WATSTEIN TEREPKA LLP

*Attorney for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Nathaniel Haas*
Nathaniel Haas
WATSTEIN TEREPKA LLP

*Attorney for Defendant*

CASE NO. 8:25-cvb-02334-FWS-ADS
STIPULATION OF DISMISSAL WITH PREJUDICE