**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated, | CASE NO.: 8:25-CV-02334-FWS-ADS |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Honorable Fred W. Slaughter |
| SOUTHERN CALIFORNIA EDISON COMPANY D/B/A SOCAL EDISON, | |
| Defendant. | |

**[PROPOSED] ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice.

Dated:_____

_____
HONORABLE FRED W. SLAUGHTER
United States District Judge

1